

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-19-00158-CR

Shanetha C. **TATE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR10122
Honorable Ron Rangel, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, we MODIFY the trial court's judgment to delete the $1,150.00 fine. We AFFIRM the trial court's judgment AS MODIFIED.

SIGNED September 25, 2019.

_____
Patricia O. Alvarez, Justice